**No. 09-8416. Luis Daniel Baltazar, Petitioner v. California.**

559 U.S. 1072, 130 S. Ct. 2096, 176 L. Ed. 2d 730, 2010 U.S. LEXIS 3407.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 09-8511. Edward Gutierrez, Petitioner v. California.**

559 U.S. 1072, 130 S. Ct. 2096, 176 L. Ed. 2d 730, 2010 U.S. LEXIS 3354.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 09-8512. Dwane Ingalls, Petitioner v. The AES Corporation.**

559 U.S. 1072, 130 S. Ct. 2096, 176 L. Ed. 2d 730, 2010 U.S. LEXIS 3277.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 347 Fed. Appx. 246.

**No. 09-8589. Duane Edward Buck, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1072, 130 S. Ct. 2096, 176 L. Ed. 2d 730, 2010 U.S. LEXIS 3421.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 345 Fed. Appx. 923.

**No. 09-8591. Alex Yalda, Petitioner v. California.**

559 U.S. 1072, 130 S. Ct. 2096, 176 L. Ed. 2d 730, 2010 U.S. LEXIS 3360.

April 19, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division One, denied.

**No. 09-8610. Charles Dean Hood, Petitioner v. Texas.**

559 U.S. 1072, 130 S. Ct. 2097, 176 L. Ed. 2d 730, 2010 U.S. LEXIS 3377.

April 19, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-8613. Juan Heron-Salinas, Petitioner v. United States.**

559 U.S. 1072, 130 S. Ct. 2097, 176 L. Ed. 2d 730, 2010 U.S. LEXIS 3316.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 566 F.3d 898.